## MARION G. OLSON *v.* BRISTOL-BURLINGTON HEALTH DISTRICT

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 1 (AC 24955), is granted, limited to the following issue:

"Whether the Appellate Court applied the correct legal standard to the negligent infliction of emotional distress claim?"

The Supreme Court docket number is SC 17393.

*Gabriel J. Jiran* and *Gary S. Starr*, in support of the petition.

Decided March 11, 2005